IN THE SUPREME COURT OF TEXAS

 No. 10-0156

 IN RE BOMBARDIER INC., BOMBARDIER AEROSPACE CORPORATION AND LEARJET INC.

 On Petition for Writ of Mandamus

ORDERED:

 1. Relators' motion for immediate temporary relief, filed March 5,
2010, is granted. All trial court proceedings in Cause No. DC-08-02249,
styled Sky Capital Group, Ltd., d/b/a G5000, Ltd. v. Bombardier, Inc.,
Bombardier, Inc., d/b/a Bombardier Aerospace Corporation, Bombardier
Aerospace Corporation and Learjet, Inc., in the 44th District Court of
Dallas County, Texas are stayed pending further order of this Court.
 2. The real party in interest is requested to respond to relators'
petition for writ of mandamus on or before 3:00 p.m., March 29, 2010.
 3. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this March 12, 2010.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk